# Exhibit A

Lafayette Parish
Filed Jun 06, 2025 11:43 AM
Kristen Badeaux
Deputy Clerk of Court
E-File Received Jun 06, 2025 11:38 AM
C-20253883
C

| | | |
|---|---|---|
| KIRK TALLEY | * | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | | |
| AMAZON.COM, INC.; AMAZON.COM, LLC; AMAZON.COM SERVICES, LLC; AMAZON.COM SERVICES LLC formerly known as AMAZON.COM SERVICES, INC.; AMAZON.COM SERVICES, INC.; AMAZON.COM SERVICES, INC. formerly known as AMAZON FULFULLMENT SERVICES, INC.; AMAZON FULFILLMENT SERVICES, INC.; and AMAZON.COM SALES, INC. | * | DOCKET NUMBER __C-20253883__ |
| | * | PARISH OF LAFAYETTE |
| | * | STATE OF LOUISIANA |

---

## PETITION

---

NOW INTO COURT, through undersigned counsel, comes Kirk Talley, a resident of the full age of majority of the Parish of Lafayette, Louisiana, who with respect represents:

1.

Made defendants herein are:

A.    AMAZON.COM, INC., a foreign corporation incorporated in the state of Delaware whose principal place of business is located in the State of Washington and who upon information and belief is licensed to do and doing business within the State of Louisiana.

B.    AMAZON.COM, LLC, a foreign limited liability company organized under the laws of the State of Delaware, who upon information and belief is licensed to do and doing business within the State of Louisiana.

C.    AMAZON.COM SERVICES, LLC, a foreign limited liability company organized under the laws of the State of Delaware, who upon information and belief is licensed to do and doing business within the State of Louisiana.

D.    AMAZON.COM SERVICES, LLC, formerly known as AMAZON.COM SERVICES, INC., a foreign limited liability company licensed to do and doing business within the State of Louisiana.

E.    AMAZON.COM SERVICES, INC., a foreign corporation incorporated in the state of Delaware whose principal place of business is located in the State of Washington and who upon information and belief is licensed to do and doing business within the State of Louisiana.

F.    AMAZON.COM SERVICES, INC. formerly known as AMAZON FULFILLMENT SERVICES, INC., a foreign corporation incorporated in the state of Delaware whose principal place of business is located in the State of Washington and who upon information and belief is licensed to do and doing business within the State of Louisiana.

NON-CERTIFIED COPY

G.    AMAZON FULFILLMENT SERVICES, INC., a foreign corporation incorporated in the state of Delaware whose principal place of business is located in the State of Washington and who upon information and belief is licensed to do and doing business within the State of Louisiana.

H.    AMAZON.COM SALES, INC., a foreign corporation incorporated in the state of Delaware whose principal place of business is located in the State of Washington and who upon information and belief is licensed to do and doing business within the State of Louisiana.

2.

Defendants (hereinafter collectively referred to as "Amazon") operate a website, in which it both (1) acts as a retailer in selling products directly to consumers and (2) provides a forum for third-party sellers to sell products, subject to Amazon's policies and product safety oversight and review.

3.

Petitioner, Kirk Talley, bought a "Table Top Fire Pit Bowl – Concrete Tabletop Fireplace Indoor Décor Portable Mini Rubbing Alcohol Burner Smores Maker for Patio Balcony with Extinguisher" (hereinafter referred to as "firepit") using Amazon's website. This purchase was made in Order #113-7991798-7567441 on February 8, 2024. He purchased this item from an Amazon third-party seller, KIZZBY FirePits, using Amazon's website.

4.

On or about October 10, 2024, petitioner, Kirk Talley, while using the firepit he purchased through Amazon's website, was burned as a result of an unreasonably dangerous condition of the product, resulting in significant injuries to petitioner as further described herein.

5.

In making this purchase, Kirk Talley relied on Amazon's promises to oversee safety on its website, including Amazon's promises to remove items that do not comply with its safety policies, directly notify consumers if there is a safety issue with a product, monitor safety documentation for products, continuously improve its tools to prevent unsafe products from being listed and vetting new sellers.

NON-CERTIFIED COPY

6.

Amazon failed to protect its customer, Kirk Talley, from dangerous items sold by third-party sellers on Amazon's website. Specifically, Amazon failed to (1) remove items that do not comply with its safety policies, (2) directly notify consumers if there is a safety issue with a product, (3) monitor safety documentation for products, (4) continuously improve its tools to prevent unsafe products from being listed, and (5) vet new sellers.

7.

The above-described incident resulted from the fault and/or negligence of AMAZON.COM, INC., AMAZON.COM, LLC, AMAZON.COM SERVICES, LLC, AMAZON.COM SERVICES, LLC formerly known as AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES INC., formerly known as AMAZON FULFILLMENT SERVICES, INC., AMAZON FULFILLMENT SERVICES, INC., and/or AMAZON SALES, INC in the following non-exclusive particulars:

A.    Manufacturing, distributing, marketing, and/or selling a product/s (the firepit) that is unreasonably dangerous and/or defective;

B.    Manufacturing, distributing, marketing, and/or selling a product/s (the firepit) that is unreasonably dangerous due to construction and/or composition defect in violation of La. R.S. 9:2800.55;

C.    Manufacturing, distributing, marketing, and/or selling a product/s (the firepit) that is unreasonably dangerous due to design defect in violation of La. R.S. 9:2800.56;

D.    Manufacturing, distributing, marketing, and/or selling a product/s (the firepit) that is unreasonably dangerous due to defective and/or inadequate warning in violation of La. R.S. 9:2800.57;

E.    Manufacturing, distributing, marketing, and/or selling a product/s (the firepit) that is unreasonably dangerous due to non-conformity to express warranty in violation of La. R.S. 9:2800.58;

F.    Any and all other product defect and/or acts of negligence which may be revealed at or before the trial of this matter.

8.

As a result of the above described incident, KIRK TALLEY, sustained serious and permanent injuries that have resulted in past and future physical and mental pain and suffering, past and future loss of enjoyment of life, past and future loss of earnings and loss of earning capacity, permanent disability, scarring, and disfigurement, that has necessitated that he incur medical expenses, both past and future and for all equitable relief and damages available under Louisiana law.

NON-CERTIFIED COPY

9.

Upon information and belief, at this time damages sustained by KIRK TALLEY exceed $50,000.00, exclusive of interest and costs.  Petitioner retains the right to amend this petition. Petitioner, KIRK TALLEY, requests a trial by jury on all issues in this matter.

WHEREFORE, petitioner, KIRK TALLEY, prays that a certified copy of this complaint be served upon defendants, AMAZON.COM, INC., AMAZON.COM, LLC, AMAZON.COM SERVICES, LLC, AMAZON.COM SERVICES LLC, formerly known as AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, INC., formerly known as AMAZON FULFILLMENT SERVICES, INC., AMAZON FULFILLMENT SERVICES, INC., and AMAZON.COM SALES, INC., and that after due proceedings are had there be judgment herein in favor of petitioner, KIRK TALLEY, and against defendants, AMAZON.COM, INC., AMAZON.COM, LLC, AMAZON,COM SERVICES, LLC, AMAZON.COM SERVICES LLC, formerly known as AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, INC., formerly known as AMAZON FULFILLMENT SERVICES, INC., AMAZON FULFILLMENT SERVICES, INC.; and AMAZON.COM SALES, INC., jointly, severally and in solido in a sum reasonable in the premises together with legal interest from the date of judicial demand until paid and for all costs of these proceedings, and for any and all equitable relief available under the law.

Respectfully submitted,

BROUSSARD, DAVID & MOROUX

JEROME H. MOROUX (#32666)
EMILY C. BORGEN (#35441)
JOSHUA R. MARQUES (#40864)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
PH: 337-233-2323
FX: 337-233-2353
EMAIL: jerome@bdm.law
EMAIL: eborgen@bdm.law
EMAIL: josh@bdm.law
COUNSEL FOR PLAINTIFF

* SERVICE LOCATED ON NEXT PAGE *

Page **4** of **5**

NON-CERTIFIED COPY

<u>PLEASE SERVE:</u>

**AMAZON.COM, INC.**
*Via Louisiana Long Arm Statute:*
410 Terry Avenue
Seattle, WA 98109

**AMAZON.COM, LLC**
*Via Louisiana Long Arm Statute:*
410 Terry Avenue
Seattle, WA 98109

**AMAZON.COM SERVICES, LLC**
*Through Registered Agent for Service of Process*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**AMAZON.COM SERVICES, LLC formerly known as AMAZON.COM SERVICES, INC.**
*Through Registered Agent for Service of Process*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**AMAZON.COM SERVICES, INC.**
*Through Registered Agent for Service of Process*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**AMAZON.COM SERVICES, INC., formerly known as AMAZON FULFILLMENT SERVICES, INC.**
*Through Registered Agent for Service of Process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**AMAZON FULFILLMENT SERVICES, INC.**
*Through Registered Agent for Service of Process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**AMAZON.COM SALES, INC.**
*Through Registered Agent for Service of Process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

NON-CERTIFIED COPY

Lafayette Parish
Filed Jun 06, 2025 11:43 AM
C-20253883
C
Kireston Batiste
Deputy Clerk of Court
E-File Received Jun 06, 2025 11:38 AM

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

Kirk Talley v. Amazon.com, et al

Court: ___15th Judicial District Court___    Docket Number: ___C-20253883___

Parish of Filing: ___Lafayette___    Filing Date: ___June 6, 2025___

Name of Lead Petitioner's Attorney: ___Jerome H. Moroux___

Name of Self-Represented Litigant:

Number of named petitioners: __1__    Number of named defendants: __8__

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

__ Auto: Personal Injury    __ Auto: Property Damage
__ Auto: Wrongful Death    __ Auto: Uninsured Motorist
__ Asbestos: Property Damage    __ Asbestos: Personal Injury/Death
X Product Liability    __ Premise Liability
__ Intentional Bodily Injury    __ Intentional Property Damage
__ Intentional Wrongful Death    __ Unfair Business Practice
__ Business Tort    __ Fraud
__ Defamation    __ Professional Negligence
__ Environmental Tort    __ Medical Malpractice
__ Intellectual Property    __ Toxic Tort
__ Legal Malpractice    __ Other Tort (describe below)
__ Other Professional Malpractice    __ Redhibition
__ Maritime    __ Class action (nature of case)
__ Wrongful Death    _____
__ General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:
On or about October 10, 2024, petitioner, Kirk Talley, while using the firepit he purchased through Amazon's website, was burned as a result of an unreasonably dangerous condition of the product, resulting in significant injuries to petitioner as further described herein.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: _Joshua R. Marques___    Signature: _____
Address: _557 Jefferson St, P.O. Box 3524, Lafayette, LA 70502___
Phone number: 337-233-2323___    E-mail address: josh@broussard-david.com___

NON-CERTIFIED COPY



LAFPC.CV.69728392

Requested by Atty.: MOROUX, JEROME H

# CITATION

KIRK TALLEY

VS

AMAZON.COM INC, ET AL

15TH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20253883 C

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:   AMAZON. COM SERVICES, LLC
      THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS
      CORPORATION SERVICE COMPANY
      501 LOUISIANA AVENUE
      BATON ROUGE, LA 70802

**SHERIFF RETURN**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

*Jimmy Vaughan*

Deputy Clerk of Court
Lafayette Parish

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
PETITION

I made service on the named party through the CORPORATION SERVICE COMPANY

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

JUN 18 2025

by tendering a copy of this document to Trula Brousseau

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE      MOVED ( )      NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE  ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____   MILEAGE $_____   TOTAL $_____

DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

JUL 01 2025

Deputy Clerk of Court

RECEIVED
DATE

JUN 17 2025

E.B.R. Sheriff's Office

LAFPC.CV.69728418

Requested by Atty.: MOROUX, JEROME H

# CITATION

| KIRK TALLEY | 15TH JUDICIAL DISTRICT COURT |
|---|---|
| VS | DOCKET NUMBER: C-20253883 C |
| AMAZON.COM INC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:  AMAZON.COM SERVICES, LLC
FORMERLY KNOWN AS AMAZON.COM SERVICES, INC.
THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**SHERIFF RETURN**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

*Simone Vaughan*

Deputy Clerk of Court
Lafayette Parish

## THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
PETITION

I made service on the named party through the
CORPORATION SERVICE COMPANY

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

JUN 18 2025

by tendering a copy of this document to
Trula Brousseau

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____ MILEAGE $_____ TOTAL $_____

DEPUTY _____

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

JUL 01 2025

Deputy Clerk of Court

RECEIVED
DATE
JUN 17 2025
E.B.R. Sheriff's Office

LAFPC.CV.69728434

Requested by Atty.: MOROUX, JEROME H

# CITATION

KIRK TALLEY

VS

AMAZON.COM INC, ET AL

15TH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20253883 C

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:   AMAZON.COM SERVICES, INC.
      THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS
      CORPORATION SERVICE COMPANY
      501 LOUISIANA AVENUE
      BATON ROUGE, LA 70802

**SHERIFF RETURN**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

*Simone Vaughan*

Deputy Clerk of Court
Lafayette Parish

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
PETITION

I made service on the named party through the
CORPORATION SERVICE COMPANY

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

JUN 18 2025

by tendering a copy of this document to
Trula Brousseau

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE      MOVED ( )      NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____ MILEAGE $_____ TOTAL $_____

DEPUTY _____

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

JUL 01 2025

Clerk of Court

LAFPC.CV.69728459

Requested by Atty.: MOROUX, JEROME H

# CITATION

| | |
|---|---|
| KIRK TALLEY | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20253883 C |
| AMAZON.COM INC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   AMAZON.COM SERVICES, INC.,
FORMERLY KNOWN AS AMAZON FULFILLMENT SERVICES, INC.
THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

SHERIFF RETURN

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

_Simone Vaughan_
Deputy Clerk of Court
Lafayette Parish

## THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
PETITION

I made service on the named party through the
CORPORATION SERVICE COMPANY

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

JUN 18 2025
by tendering a copy of this document to
Trula Brousseau

DATE SERVED: _____, 20_____   TIME: _____   DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE   MOVED ( )   NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____   MILEAGE $_____ TOTAL $_____
Lafayette Parish Clerk of Court
DEPUTY _____   Filed This Day

JUL 01 2025

RECEIVED
DATE
JUN 17 2025
E.B.R. Sheriff's Office

NON CERTIFIED COPY



LAFPC.CV.69728475

Requested by Atty.: MOROUX, JEROME H

# CITATION

| | |
|---|---|
| KIRK TALLEY | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20253883 C |
| AMAZON.COM INC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   AMAZON FULFILLMENT SERVICES, INC.
THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

*SHERIFF RETURN*

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*Attached are the following documents:
PETITION

I made service on the named party through the
CORPORATION SERVICE COMPANY

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

JUN 18 2025
by tendering a copy of this document to
Trula Brousseau

DATE SERVED: _____, 20_____   TIME: _____   BY: B. GARAFOLA #0577
SERVED: _____   Deputy Sheriff, Parish of East Baton Rouge, Louisiana
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____   Lafayette Parish Clerk of Court
Filed This Day
UNABLE TO LOCATE     MOVED ( )     NO SUCH ADDRESS ( )
OTHER REASON: _____   JUL 01 2025
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____ Deputy Clerk of Court
DEPUTY _____

RECEIVED
DATE
JUN 17 2025
E.B.R. Sheriff's Office

NON-CERTIFIED COPY

LAFPC.CV.69728491

Requested by Atty.: MOROUX, JEROME H

# CITATION

| | |
|---|---|
| KIRK TALLEY | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20253883 C |
| AMAZON.COM INC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   AMAZON.COM SALES, INC
THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

SHERIFF RETURN
of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

*Simmn Vaughan*

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

\*Attached are the following documents:
PETITION

I made service on the named party through the
CORPORATION SERVICE COMPANY

JUN 18 2025

by tendering a copy of this document to
Trula Brousseau

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE   MOVED ( )   NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____  MILEAGE $_____  TOTAL $_____

DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

JUL 01 2025

Deputy Clerk of Court

**RECEIVED**
**DATE**

JUN 17 2025

E.B.R. Sheriff's Office

LAFPC.CV.69728418

Requested by Atty.: MOROUX, JEROME H

# CITATION

| | |
|---|---|
| KIRK TALLEY | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20253883 C |
| AMAZON.COM INC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:    AMAZON.COM SERVICES, LLC
FORMERLY KNOWN AS AMAZON.COM SERVICES, INC.
THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

*SHERIFF RETURN*

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

*Simone Vaughan*

Deputy Clerk of Court
Lafayette Parish

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
PETITION

I made service on the named party through the CORPORATION SERVICE COMPANY

JUN 18 2025

by tendering a copy of this document to
Trula Brousseau

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

JUL 01 2025

Deputy Clerk of Court

RECEIVED
DATE
JUN 17 2025
E.B.R. Sheriff's Office

NON-CERTIFIED COPY



LAFPC.CV.69728475

Requested by Atty.: MOROUX, JEROME H

# CITATION

KIRK TALLEY

VS

AMAZON.COM INC, ET AL

**15TH JUDICIAL DISTRICT COURT**

**DOCKET NUMBER: C-20253883 C**

**PARISH OF LAFAYETTE, LOUISIANA**

---

STATE OF LOUISIANA

TO:    AMAZON FULFILLMENT SERVICES, INC.
       THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS:
       CORPORATION SERVICE COMPANY
       501 LOUISIANA AVENUE
       BATON ROUGE, LA 70802

**SHERIFF RETURN**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 6, 2025.

*Simone Vaughan*

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*Attached are the following documents:
PETITION

I made service on the named party through the
CORPORATION SERVICE COMPANY

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

JUN 18 2025
by tendering a copy of this document to
Trula Brousseau

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____ MILEAGE $_____ TOTAL $_____

DEPUTY _____

BY: B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

JUL 01 2025

Deputy Clerk of Court

RECEIVED
DATE
JUN 17 2025
E.B.R. Sheriff's Office

NON-CERTIFIED COPY